# EXHIBIT A

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY AND ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## NOTICE AND DEMAND FOR POSSESSION

20181711301

DATE: March 6, 2018

FILED
7/23/2018 12:02 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

TO: Roberto N. Ceballos
and All Unknown Occupants
4107 S. Maryland Avenue
Chicago, IL 60653

SUBJECT: Jazz on the Boulevard Community Association, NFP

THIS IS THE NOTICE pursuant to Sec. 9-102, *et seq.* of the Illinois Code of Civil Procedure that as of March 5, 2018, the records of the Association indicate that the property owner is in default of the ongoing obligation due to Jazz on the Boulevard Community Association, NFP in the sum of $6,276.93 for the proportionate share of the expenses of administration, maintenance and repair of the common elements/areas and other expenses lawfully agreed upon due and owing at least in part since 12/01/2015, as well as the sum of $265.14 in legal fees and costs in attempting to collect this account, for a total sum of $6,542.07. UPON EXPIRATION OF THIS NOTICE, THE ASSOCIATION HEREBY DEMANDS POSSESSION OF THE FOLLOWING DESCRIBED PREMISES situated in the City/Village of Chicago, County of Cook, State of Illinois and commonly known as: 4107 S. Maryland Avenue, Chicago, IL 60653.

This is the NOTICE that payment in full of the amount stated above is demanded of the owner and that, unless payment of the FULL AMOUNT is made on or before the expiration of thirty-four (34) days after the date of mailing of this Notice, THE ASSOCIATION MAY SEEK TO TERMINATE ANY RIGHT TO POSSESSION OF THE PREMISES. Payment of the full amount stated must be made payable to "Jazz on the Boulevard Community Association, NFP" and sent to the law firm of Fullett Rosenlund Anderson PC, 430-440 Telser Road, Lake Zurich, IL 60047. Only FULL PAYMENT of all amounts demanded in this Notice will invalidate the demand, unless the person claiming possession, or his or her agent or attorney, agrees in writing to withdraw the demand in exchange for receiving partial payment. If you dispute the debt as discussed below, this office will suspend its efforts to collect the debt until the information is mailed.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST OF THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR. IF YOU DISPUTE THE DEBT WITHIN THE 30 DAY PERIOD, THIS OFFICE WILL SUSPEND ITS EFFORTS TO COLLECT THE DEBT UNTIL THE INFORMATION IS MAILED.

Written requests should be addressed to: Fullett Rosenlund Anderson PC, 430-440 Telser Road, Lake Zurich, IL 60047.



A

The above-stated amount is as of March 5, 2018. Hence if the amount provided is paid, the payment will constitute payment in full only through March 5, 2018.

The above stated amount will increase with the levy of future assessments, late fees and other common expenses. Therefore, if the amount claimed is paid, the assessment account with the Association may still reflect assessments and other common expenses that were not assessed as of March 5, 2018. For further information, write Fullett Rosenlund Anderson PC, 430-440 Telser Road, Lake Zurich, IL 60047.

Board of Directors of
Jazz on the Boulevard Community Association, NFP

By: _____
One of Its Attorneys

CERTIFICATE OF MAILING

The undersigned, being first duly sworn on oath deposes and says that the office mailed a copy of the foregoing Notice and Demand for Possession by enclosing the same in an envelope addressed to the above at the address above, and caused same to be deposited in the U.S. Mail, certified mail, return receipt requested, and a copy by regular mail, before 7:00 p.m. on the date above, with proper postage.

Subscribed and sworn to before me
this 6th day of March, 2018.

_____
Notary Public

OFFICIAL SEAL
JANE E FULLETT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/13/22

CERTIFIED MAIL, RETURN RECEIPT REQUESTED
cc: Regular Mail

Fullett Rosenlund Anderson PC
430-440 Telser Road
Lake Zurich, IL 60047
847/222-9600
File No. 017-414

A